## CAHILL v FIDELITY & CASUALTY CO, et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Oct 6, 1930

For full opinion see 33 O L R 538; 175 NE 39; 37 Oh Ap 444 (Oh Bar 4-7-31).